ROSE FAERMAN et al., Appellants and Respondents, *v.* THOMAS FEELY, Defendant, and LEON MEYER, as Executor of VICTOR MEYER, Deceased, Respondent and Appellant.

(Argued April 16, 1936; decided May 1, 1936.)

556

*Louis L. Friedman* for plaintiffs, appellants and respondents.

*Harold R. Medina* and *William F. Mc Nulty* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.